UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

SANDRA HERAS, on behalf of herself and others similarly situated,

Plaintiff,

-against-

METROPOLITAN LEARNING INSTITUTE, INC., and BORIS DAVIDOFF, individually,

Defendants.
-------------------------------------------------------------------------X

19-cv-02694 (DG) (RLM)

DECLARATION OF PLAINTIFF SANDRA HERAS

## **DECLARATION OF SANDRA HERAS**

Pursuant to 28 U.S.C. 1746, I, Sandra Heras, declare and state as follows:

1. I am the Plaintiff in this lawsuit, *Heras v. Metropolitan Learning Institute, Inc., et al.*, 19-cv-02694-DLI-RLM.

2. I worked at the Metropolitan Learning Institute ("MLI") from approximately August 2018 until April 2019. I was employed at MLI's Rego Park location, located at 97-77 Queens Blvd, Rego Park, New York 11374

3. I worked at the Metropolitan Learning Institute as a recruiter. My official job description was "school agent."

4. As part of my job duties, I would find new students for the Metropolitan Learning Institute by handing out flyers and discussing course information and the registration process with potential students. I would prepare a physical and

|   |   |
|---|---|
|   | electronic file, reach out to the potential students I had already met, and obtain the necessary documents for their enrollment. |
| 5. | The President and CEO of the Metropolitan Learning Institute is Boris Davidoff ("Mr. Davidoff"). Mr. Davidoff was in charge of MLI during the time period I was employed by MLI. To the best of my knowledge, Mr. Davidoff still heads MLI. still for the entire time that I was employed by them. I believe that he still runs the Metropolitan Learning Institute. |
| 6. | During my employment, I primarily worked Monday through Friday from 9:00 am to 6:00 pm. |
| 7. | Sometimes, however, I would work past 6:00 pm until approximately 8:00 pm. This occurred on average about four times per month. |
| 8. | Until April 2019, I never received meal breaks. Rather, I had to work throughout the day. |
| 9. | Throughout the entirety of my employment, I did not receive proper compensation from MLI. Even though I worked at least 45 hours each week, I was never paid any overtime. |
| 10. | Rather, I was always paid as if I only worked exactly 40 hours a week. |
| 11. | I worked with other recruiters throughout my employment at MLI. The recruiters worked the same schedule as me. Until April 2019, they also did not receive meal breaks and would also sometimes have to work past 8pm. |
| 12. | I know that other recruiters were not paid correctly because of my conversations with them. They would complain to me that they were only paid a set amount each week and did not receive overtime pay. The names of these individuals |

are Maria, Luisa and Amarilis. I do not recall their last names. They complained to me that they were compensated as if they received meal breaks while they did not and, in addition, had to sometimes work past 6:00 pm without compensation. Like me, their pay stubs only showed them working exactly 40 hours each week.

Dated: July 13, 2021
New York, New York

Sandra Heras